IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOE CUMMINS BONNER,

         Plaintiff,

v.

DR. ANDERSON and ,

         Defendant.

Case No. 3:25-cv-00856-SI

ORDER

SIMON, District Judge.

      Plaintiff brings this civil rights action pursuant to 42 U.S.C. § 1983. A party seeking to institute a civil action shall pay a total filing fee of $405.00, a figure which includes a $350.00 civil filing fee and a $55.00 Judicial Administrative Fee. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. 28 U.S.C. § 1915(a). A prisoner granted leave to proceed *in forma pauperis* may be required to pay an initial partial filing fee and shall be required to make monthly payments toward satisfaction of the $350.00 civil filing fee when sufficient funds are credited to his trust account. 28 U.S.C. § 1915(b). The $55.00 Judicial Administrative Fee does not apply to civil rights plaintiffs

1 - ORDER

granted *in forma pauperis* status, thus they are required to pay only $350.00 over time as funds become available.

Plaintiff has neither submitted the $405.00 filing fee nor moved to proceed *in forma pauperis*. His case is therefore currently ineligible to proceed.

On June 12, 2025, Plaintiff filed a Motion to Amend (#3) which asks the Court to add the Oregon Department of Corrections as a new party to this case. Plaintiff's Motion to Amend is granted to the extent that he may file an amended complaint within 30 days. He is advised that any amended complaint he chooses to file must: (1) name all Defendants in its caption; (2) describe how each named Defendant personally participated in the deprivation of a federal right; (3) not incorporate any prior document by reference; and (4) be on the form provided by the Court.

## CONCLUSION

Should Plaintiff wish to continue with this case, within 30 days of the date of this Order he must submit the requisite filing fee or an application to proceed *in forma pauperis*. Plaintiff's Motion to Amend (#3) is granted to the extent that he may file an amended complaint within the same time frame complies with the terms of this Order. Should Plaintiff fail to pay the filing fee or file an *in forma pauperis* application, the Court will dismiss this case without prejudice.

///

///

///

///

2 - ORDER

The Clerk of Court is directed to provide Plaintiff with an *in forma pauperis* application as well as a prisoner civil rights complaint form.

IT IS SO ORDERED.

July 2, 2025
DATE

Michael H. Simon
United States District Judge

3 - ORDER