IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOE CUMMINGS BONNER,

          Plaintiff,

      v.

DR. ANDERSON and DR. BOISVERT,

          Defendants.

Case No. 3:25-cv-00856-SI

JUDGMENT

SIMON, District Judge.

Because Plaintiff has not attempted to cure the deficiency identified in the Court's July 2, 2025 Order (#4), IT IS ORDERED AND ADJUDGED that this Action is DISMISSED without prejudice. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

 August 8, 2025                                    /s/ Michael H. Simon
     DATE                                        Michael H. Simon
                                                    United States District Judge