IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOE CUMMINGS BONNER (SID# 20308686), | Case No. 3:25-cv-00856-SI |
| Plaintiff, | ORDER TO PROCEED IN FORMA PAUPERIS AND TO COLLECT INMATE FILING FEE |
| v. | |
| DR, ANDERSON, et al., | |
| Defendants. | |

SIMON, District Judge.

Plaintiff, incarcerated at the Deer Ridge Correctional Institution, moves to proceed *in forma pauperis* (#9). An examination of the application reveals that Plaintiff is unable to afford the fees of this action. Accordingly, IT IS ORDERED that Plaintiff's provisional *in forma pauperis* status is confirmed.

Pursuant to 28 U.S.C. § 1915(b)(1), a prisoner proceeding *in forma pauperis* is required to pay the full filing fee of $350.00 when funds exist. Plaintiff has authorized the agency having custody of him to collect the filing fee from his prison trust account when funds exist. However, Plaintiff has been without funds for the six months immediately preceding the filing of his complaint. Accordingly, the Court shall not assess an initial partial filing fee. 28 U.S.C.

1 - ORDER TO PROCEED IN FORMA PAUPERIS AND TO COLLECT INMATE FILING FEE

§ 1915(b)(2). When funds exist, Plaintiff shall be obligated to make monthly payments of 20 percent of the preceding month's income credited to Plaintiff's trust account. These payments shall be collected and forwarded by the agency having custody of Plaintiff to the Clerk of Court each time the amount in Plaintiff's trust account exceeds $10.00, until the filing fee is paid in full. *Id.*

## CONCLUSION

Plaintiff's provisional *in forma pauperis* status is CONFIRMED. IT IS ORDERED that the Oregon Department of Corrections shall collect payments from Plaintiff's prison trust account and forward those payments to the Clerk of Court in accordance with the formula set forth above until a total of $350.00 has been collected and forwarded to the Clerk of Court. The payments shall be clearly identified by the name and number assigned to this action.

The Clerk of Court is directed to send an electronic copy of this order to: DLDOCTrust-CourtOrders@doc.oregon.gov.

IT IS SO ORDERED.

 September 22, 2025
          DATE

                                        Michael H. Simon
                                        United States District Judge

2 - ORDER TO PROCEED IN FORMA PAUPERIS AND TO COLLECT INMATE FILING FEE