IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOE CUMMINGS BONNER,

    Plaintiff,

v.

DR. ANDERSON, DR. BOISVERT,
OREGON DEPARTMENT OF JUSTICE,
and OREGON DEPARTMENT OF
CORRECTIONS,

    Defendants.

Case No. 3:25-cv-00856-SI

JUDGMENT

SIMON, District Judge.

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is DISMISSED. Pending motions, if any, are DENIED AS MOOT. This Court certifies that any appeal from this Judgment would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

  September 22, 2025  
        DATE

                Michael H. Simon
                United States District Judge

1 - JUDGMENT